CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br>        Plaintiff(s),<br>vs.<br>ISAM HANNA, ET AL.,<br>        Defendant(s). | Case No. 8:19-cv-01211-RGK-KSx<br><br>ORDER DISMISSING ACTION FOR<br>LACK OF PROSECUTION |

    On November 15, 2022, the Court issued an Orde Setting Aside Default Judgment [45], which ordered plaintiff to file proof of proper service by November 22, 2022 and giving defendant until November 29, 2022 to respond to the Compalint.  As of this date, no proof of service or defendants response has been filed.

    Accordingly, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 2, 2022

                                                                                         */s/ Gary Klausner*<br>
R. GARY KLAUSNER<br>
UNITED STATES DISTRICT JUDGE